

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00199-CV

IN RE KOLBY LISTENBEE            RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 153-297658-18

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus, real parties in interest response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: KERR, PITTMAN, and BIRDWELL, JJ.

DELIVERED: July 13, 2018

---

[1]See Tex. R. App. P. 47.4, 52.8(d).